Drew L. Johnson
Kathryn Tassinari
sherwoodreese@comcast.net
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466
Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

**MARY E. ALEGRE,**

        Plaintiff,

vs.

**Commissioner of Social Security Administration,**

        Defendant.

Case No. 6:16-cv-01413-JE

**ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)**

After considering Plaintiff's Motion, and counsel for Defendant having no objection, Plaintiff's Motion is hereby granted in the sum of $17,746.50 in attorney fees, out of which Plaintiff's attorney will refund to Plaintiff EAJA fees already received by counsel in the amount of $4296.76, as full settlement of all claims for attorney fees pursuant to 42 U.S.C. §406(b). Defendant shall pay this amount to Plaintiff's counsel,

Drew L. Johnson less an administrative assessment pursuant to 42 U.S.C. 406(d). There are no other costs.

IT IS SO ORDERED this day of September __24th__, 2018.


                                                  /s/ John Jelderks
                                              U.S. District Judge/Magistrate Judge


PRESENTED BY:

By:     /s/ DREW L. JOHNSON
         Drew L. Johnson, OSB #75200
         Of Attorneys for Plaintiff